STATE, JOHN DONNELL, PROSECUTOR, v. THE MAYOR AND COMMON COUNCIL OF THE BOROUGH OF HIGHTS- TOWN.

This case, in its main features, is like the above. The only ground alleged in this case upon which a revocation of the license is put is that three members of common council signed the recommendation for the license. This is no ground for revoking, and the revocation must be vacated, with costs.